# United States District Court
# For The Western District of North Carolina
# Asheville Division

SHIRLEY FITE,,

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                                  1:11cv298

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration
        Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order.


                                      FRANK G. JOHNS, CLERK

                                      Signed: May 21, 2012

Frank G. Johns, Clerk
United States District Court